IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF PENNSYLVANIA

Jhen Scutella    (PLAINTIFF) )
)
)
v.                           )    C.A. No:11-198 Erie
       (Defendant)           )
Matthew Eicher Et Al         )

## Motion for Documents

On this day of 16th day of November plaintiff humbly asks this court to furnish copies of exhibit v-1 and v-2 already submitted to the courts by the plaintiff, Plaintiff has lost copies of the evidence and humbly requests this court to either furnish him with the exhibits so that plaintiff can make copies for trial or have them available for the trial so that plaintiff can use the videos at trial.

Respectfully Submitted
Jhen Scutella
448 West 28th Street
Erie pa 16508

**FILED**
NOV 17 2014
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Exhibits V-1 and V-2 will be made available to counsel for plaintiff.

AND NOW, this 20th day of November, 2014,
IT IS SO ORDERED.

_Maurice B. Cohill Jr._
UNITED STATES SENIOR DISTRICT JUDGE