# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JHEN SCUTELLA, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 11-198E |
| CITY OF ERIE BUREAU OF POLICE et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Pending before this Court is Plaintiff's Motion to Extend Deadline for Filing a Pretrial Statement and Defendants' Motion in Limine to Exclude Medical Evidence. A jury trial in this matter is currently set for January 26, 2015.

From September 9, 2011 when he initiated this lawsuit until November 19, 2014, when Plaintiff's current counsel, Courtlyn Roser-Jones and the law firm of ReedSmith LLP agreed to represent him, Plaintiff Jhen Scutella has proceeded *pro se*. As is typical in civil cases with *pro se* plaintiffs, it has been a slow process with a lot of extra work for all involved.

Given Ms. Roser-Jones and ReedSmith LLP's recent appearance in this 3-year old lawsuit, we find that it is in the interests of justice to continue the jury trial in this matter until the Erie March 2015 trial term, which begins on March 2, 2015. An Amended Final Scheduling Order setting forth a new jury trial date, as well as other relevant dates, will issue FORTHWITH.

AND NOW, this 9th day of December, 2014, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Extend Deadline for Filing a Pretrial Statement is GRANTED, the Pretrial Statement filed by Plaintiff *pro se* on November 17, 2014 shall be

stricken from the Record, and Plaintiff's counsel permitted additional time to file a new Pretrial Statement on behalf of Plaintiff. The new deadline will be set forth in the Amended Final Scheduling Order.

It is hereby FURTHER ORDERED, ADJUDGED, and DECREED that in light of this Court striking Plaintiff's *pro se* Pretrial Statement, Defendants' Motion in Limine to Exclude Medical Evidence is DENIED WITHOUT PREJUDICE to the Defendants to raise any and all issues contained in their motion in limine anew once Plaintiff's counsel files a Pretrial Statement; a new deadline for the filing of motion in limine will be set forth in the Amended Final Scheduling Order.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge