IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JHEN SCUTELLA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 11-198 Erie |
| CITY OF ERIE BUREAU OF POLICE, ET AL. | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff's Motion to Reopen Discovery. We understand the position of the Defendants but a trial is, after all, a search for truth, and granting Plaintiff's motion in part appears to be the best way to attain that objective.

Accordingly, this 23rd day of December, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Reopen Discovery is GRANTED as follows: the discovery period is reopened until January 30, 2015 for the following limited purposes: (1) supplementing the interrogatory requests previously served on the individual Defendants; (2) obtaining documents and witnesses related to medical treatment obtained by Plaintiff; (3) obtaining documents relating to the City of Erie Bureau of Police Policies or Procedures for the proper usage of a taser; and (4) obtaining a copy of the booking report from the City of Erie Bureau of Police. Plaintiff's Motion is DENIED, in the interest of time and convenience of all the parties, to the extent that Plaintiff seeks to depose the Defendants.

It is hereby FURTHER ORDERED, ADJUDGED, and DECREED that the jury trial in this matter shall be continued until the Erie May 2015 trial term, which begins on May 4, 2015. An Amended Final Scheduling Order setting forth a new jury trial date, as well as other relevant dates, will issue FORTHWITH.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge