# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JHEN SCUTELLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     Civil Action No. 11-198 Erie |
| | ) |
| CITY OF ERIE BUREAU OF POLICE, | ) |
| ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff's Motion for Reconsideration [ECF#107] wherein he requests permission to depose Office James Cousins II.

The Court appreciates that Plaintiff's counsel came to this litigation "late in the game;" it is for this reason, in the hopes of leveling the playing field, that the Court permitted a limited reopening of discovery in its December 23, 2014 Memorandum Order. That said, the discovery period in this case ended on November 1, 2013, dispositive motions have been filed and ruled upon, and a trial date has been set. As such, we find that it would be unfair to Defendants to permit the deposition of Defendant Cousins at this juncture in the proceedings.

Accordingly, this 20th day of February, 2015, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Reconsideration is DENIED.

Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge