## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JHEN SCUTELLA,          )
                                      )

      Plaintiff,          )
                                      )

          vs.            )     Civil Action No. 11-198E
                                      )

                                      )

CITY OF ERIE BUREAU OF  )
POLICE et al.,                 )

      Defendants.     )

## O R D E R

AND NOW, this 6th day of July, 2015, the Court having been advised by counsel for the Plaintiff that the above-captioned case has been settled in principle and the parties will submit a stipulation for dismissal pursuant to Fed.R.Civ.P. 41(a) forthwith, and, it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge